JOHN W. HUBER, United States Attorney (#7226)
ISAAC C. WORKMAN, Assistant United States Attorney (#14031)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: isaac.workman@usdoj.gov

FILED
US DISTRICT COURT
2018 JUL 11 P 3:54
DISTRICT OF UTAH

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LEE McDANIEL,<br><br>Defendant. | **INDICTMENT**<br><br>VIOLATIONS:<br><br>Count 1: 18 U.S.C § 922(a)(1)(A), Dealing in Firearms Without a License;<br><br>Count 2: 18 U.S.C § 922(a)(5), Transferring a Firearm to an Out-of-State Resident;<br><br>Count 3: 18 U.S.C. § 1715, Firearm as Nonmailable;<br><br>Count 4: 18 U.S.C. § 922(e), Delivering a Firearm to a Common Carrier Without Notifying Carrier;<br><br>Count 5: 21 U.S.C. § 844(a), Possession of Marijuana. |

The Grand Jury Charges:

Case: 2:18-cr-00334
Assigned To : Benson, Dee
Assign. Date : 7/11/2018
Description: USA

## COUNT 1
18 USC § 922(a)(1)(A)
(Dealing in Firearms Without a License)

Beginning on or about May 4, 2017 and continuing through on or about June 27, 2018 in the Central Division of the District of Utah,

KEVIN LEE McDANIEL,

defendant herein, willfully engaged in the business of dealing in firearms without a license; all in violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT 2
18 U.S.C. § 922(a)(5
(Transferring a Firearm to an Out-of-State Resident)

On or about June 5, 2018, in the Central Division of the District of Utah,

KEVIN LEE McDANIEL,

defendant herein, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver, a firearm, to wit, a Romarm/Cugir, Model Micro Draco, 7.62x39mm caliber pistol, to K.V. (aka: C.V.), said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of Utah, the State in which the defendant was residing at the time of the aforesaid transfer sale, trade, giving, transportation, and delivery of the firearm, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## COUNT 3
18 U.S.C. § 1715
(Firearm as Nonmailable)

On or about June 05, 2018, in the Central Division of the District of Utah,

KEVIN LEE McDANIEL,

defendant herein, did knowingly deposit, for mailing and/or delivery, a pistol with the United States Postal Service ; to wit, a Romarm/Cugir, Model micro Draco, 7.62x39mm caliber pistol; all in violation of 18 U.S.C. § 1715.

## COUNT 4
18 U.S.C. § 922(e)
(Delivering a Firearm to a Common Carrier Without Notifying Carrier)

On or about June 05, 2018, in the Central District of Utah,

KEVIN LEE McDANIEL,

defendant herein, willfully delivered a firearm to a common carrier for transport to a non-licensee in interstate commerce without providing written notice to the carrier; all in violation of 18 U.S.C. § 922(e).

## COUNT 5
21 U.S.C. § 844(a)
(Possession of Marijuana)

On or about June 27, 2018, in the Central Division of the District of Utah,

KEVIN LEE McDANIEL,

defendant herein, did knowingly and intentionally possess a controlled substance; to wit: Marijuana (Hashish Oil), a Schedule I controlled substance, within the meaning of 21 U.S.C. §§ 802 and 812, in violation of of 21 U.S.C. § 844(a), and punishable pursuant to 21 U.S.C. § 844(a).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

*/s/* ISAAC C. WORKMAN
Assistant United States Attorney